UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

**COPY**

UNITED STATES OF AMERICA                :

     - v. -                               :          **INDICTMENT**

JONATHAN T. MOORE,                       :          08 Cr. 134

        Defendant.                    :

- - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

1.   On or about September 28, 2007, in the Southern District of New York and elsewhere, JONATHAN T. MOORE, the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, unlawfully, willfully, and knowingly, did possess in and affecting commerce a firearm and ammunition, to wit, an Interarms .45 caliber semi-automatic pistol, .45 caliber ammunition, and 9 millimeter ammunition, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

### COUNT TWO

2.   On or about September 28, 2007, in the Southern District of New York and elsewhere, JONATHAN T. MOORE, the defendant, unlawfully, wilfully, and knowingly possessed a firearm, to wit, an Interarms .45 caliber semi-automatic pistol, which had the importer's and manufacturer's serial number

removed, obliterated and altered, and had, at some time, been
shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(k).)

### COUNT THREE

3.    On or about September 28, 2007, in the Southern
District of New York, JONATHAN T. MOORE, the defendant,
unlawfully, intentionally, and knowingly possessed with intent to
distribute a controlled substance, to wit, approximately 5 grams
and more of mixtures and substances containing a detectable
amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a) and
841(b)(1)(B).)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2