UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA          :

    - V -                                          :      AFFIRMATION FOR WRIT OF
                                                              HABEAS CORPUS AD
JONATHAN T. MOORE,                 :      PROSEQUENDUM

                                                              08 CR 134 (SCR)
        Defendant.                     :

-----------------------------------------------------x

STATE OF NEW YORK              )
COUNTY OF WESTCHESTER   :   ss.:
SOUTHERN DISTRICT OF NEW YORK )

    ANNA M. SKOTKO, being duly sworn, deposes and says that she is an Assistant United States Attorney for the United States Attorney's Office in the Southern District of New York; that one JONATHAN T. MOORE (DOB: 10/30/70)(NYSID # 05918511P) is now incarcerated at the Westchester County Jail, Valhalla, New York.

    WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum be issued directing the Westchester County Jail, Valhalla, New York to release the defendant into the custody of the United States Marshals for the Southern District of New York on Wednesday, March 5, 2008 at 12:00 in the afternoon for a conference before District Judge Stephen C. Robinson, and to return him to Westchester County Jail only when the writ has been satisfied.

    I declare under penalty of perjury that the foregoing is true and correct.

                                                ANNA M. SKOTKO
                                               Assistant United States Attorney

March 3, 2008