

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 10, 2008

The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re:   *United States v. Jonathan T. Moore*, 08 Cr. 134 (SCR)

Dear Judge Robinson:

As discussed with Your Honor's Deputy, the pre-trial conference before Your Honor has been rescheduled from June 13, 2008 to June 27, 2008 at 12:00 p.m.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between June 13, 2008, and June 27, 2008. This will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

*Time from June 13, 2008 to June 27, 2008 is excluded from the Speedy Trial Calculation in the interests of justice — for the reasons set forth above.*

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Anna Skotko*
Anna M. Skotko
Assistant United States Attorney
(914) 993-1939

**SO ORDERED**
*Stephen C. Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
6/10/08

cc:   Dominic Porco, Esq. (By Fax)